# UNITED STATES DISTRICT COURT

__WESTERN__ District of __LOUISIANA__

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

RECEIVED
JUN - 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

__KENDRICK SHANE BOUDREAUX__
*Defendant*

Case Number: 07-20052-05

Upon motion of the __Defendant__, it is ORDERED that a detention hearing is set for __June 12, 2007__ * at __10:30 a.m.__
    *Date*                          *Time*

before __Magistrate Judge Wilson__
           *Name of Judicial Officer*

__Lake Charles, Louisiana__
        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                    *Other Custodial Official*

Date: __June 6, 2007__           _C. Michael Hill_
                                  *Judicial Officer*

COPY SENT:
DATE: 6-6-07
BY: gbr
TO: Drayton / Soileau / Gauthier
LC

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.